Warder v. Whitall.          o

CITED *in State* v. *Baird,* 4 *C. E. Gr.* 488.

[84]                    WARDER v. WHITALL.

1. An award made in these words, "For £991 11s. 9d., sterling money of Great Britain, payable in good safe sterling bills of exchange on England or Holland to that amount, or so much current money as will purchase such bills," is sufficiently certain, though otherwise in case of a judgment.

2. The judgments of the courts of New Jersey must always be entered in the current money of the state.

On motion to show cause why the award of the referees made in this cause should not be set aside.

In September Term, 1788, a rule of reference was made in this action, which was brought by an English merchant to recover an English debt in the usual form.   The referees, in August, 1789, made a report "for £991 11s. 9d., sterling money of Great Britain, payable in good safe sterling bills of exchange on England or Holland to that amount, or so much current money as will purchase such bills."

*Leake* objected to this award, as—

1st. Uncertain ; because "safe and good sterling bills" admitted of construction and doubt, so that defendant might not certainly know what were good and safe bills ; besides, these bills are to be drawn on England or Holland : which is wholly vague and insensible ; it is impossible to perform it.   The award ought to have designated some person or partnership ; or at least some particular fund, or place, ought to have been mentioned.

Coxe and Newbold, Executors, v. Hankinson.

2d. He contended that the award was illegal on the face of it, in awarding sterling money, which was foreign money, and not recoverable here; that no person in New Jersey could have a judgment rendered against him for sterling money.

3d. He contended that the referees ought to have rendered the foreign denomination of money into currency; that the court cannot do this. It is a defect in the award which cannot be altered.

PER CURIAM. There is nothing uncertain in the award. It is expressed in mercantile and intelligible terms. Everybody knows what good and safe bills, drawn on England or Holland, mean : namely, such as would be honored and paid, in either of those states, by the drawee, on using proper diligence and legal means. As to the objection that the award is made for sterling money, there might be something in it, if this were a judgment; but as against an award, there is nothing in it. The judgments of this court must, to [85] be sure, be entered in the current money of the state. Let the rule be discharged and the award confirmed.

NOTE.—*Vide* 1 *Bac. Abr.* 227; *Kyd on Awards* 228. See also the case of *Purdy* v. *Delavan*, 1 *Cain.* 304; *Schuyler* v. *Van De Veer*, 2 *Cain.* 235.

CITED in *Imlay* v. *Wickoff*, 1 *South.* 139.